**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00754-STV

**ARTHUR MCMAHON**,

    Plaintiff,

v.

**BRECKENRIDGE GRAND VACATIONS, LLC,
d/b/a PEAK 8 PROPERTIES, LLC**
,
    Defendant.

---

**PLAINTIFF'S MOTION FOR APPROVAL OF NOTICE PLAN**

---

**.   Introduction**

On September 14, 2021, the Court conditionally certified a FLSA collective action in this case of the following individuals:

> All current and former sales personnel of Defendant working anywhere in the United States between three years prior to the date the Complaint was filed and the present.

(Dkt. 33.)

Consistent with the Court's Order—and after conferring with Defendant—Plaintiff submits the following notice plan for the Court's review and approval.

**II.   Proposed Notice Plan**

Defendant has provided a list of all persons that fall within the class definition. The

1

Parties have met-and-conferred and agree that a third-party administrator, CAC Services Group, will be retained to disseminate notice. Defendant will provide CAC with contact information for each person that falls within the class definition so that CAC can send such persons direct mail notice.

In this case, because Defendant has mailing addresses for its current and former sales personnel, notice via direct mail, following a search for any updated addresses, is most appropriate under the circumstances. Here, a traditional long form notice as well as a consent form should be mailed to all members of the conditionally-certified class. A proposed notice is attached hereto as Exhibit A and a proposed consent form is attached hereto as Exhibit B.

Plaintiff proposes that such direct mail notice be disseminated within thirty (30) days of an Order approving this notice plan. Plaintiff future proposes that members of the Class have sixty (60) days from the date notice is disseminated to send completed consent forms to Plaintiff's counsel.

*          *          *          *          *          *

Respectfully submitted,

Date: September 28, 2021          **Arthur McMahon**,


/s/ Patrick H. Peluso

Patrick H. Peluso
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico, Ave. Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021 I caused the above and foregoing papers to be served on all counsel of record by filing such papers with the Court using the Court's electronic filing system.

/s/ Patrick H. Peluso