# EXHIBIT A

<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF COLORADO</u>

# NOTICE OF OPPORTUNITY TO JOIN COLLECTIVE ACTION TO DETERMINE YOUR RIGHT TO OVERTIME COMPENSATION UNDER THE FAIR LABOR STANDARDS ACT

**If you are or were working as sales personnel for Breckenridge Grand Vacations at any time after March 18, 2017 to the present, a collective action lawsuit may affect your rights.**

*A Federal Court authorized this notice.  This is <u>not</u> a solicitation from a lawyer.*

This Notice is to inform you about the existence of a collective action lawsuit which you may join, to advise you of how your rights may be affected by this lawsuit, to inform you how to participate, and to explain your obligations if you choose to participate.

- Plaintiff Arthur McMahon has sued Breckenridge Grand Vacations ("BGV") alleging that BGV improperly classified its sales personnel as independent contractors and thus failed to pay sales personnel overtime under the Fair Labor Standards Act ("FLSA"). BGV denies Plaintiff's allegations.

- The Court has allowed the lawsuit to be conditionally certified as a collective action on behalf of all sales personnel employed by BGV at any time after March 18, 2017 and who choose to participate in this action.

- The Court has not decided whether BGV did anything wrong. Currently, there is no money available nor is there a guarantee that money will become available. However, your legal rights are affected and you have a choice to make now. **Please read this notice carefully**. Your legal rights are affected whether you act, or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT |  |
|---|---|
| **RETURN YOUR CONSENT FORM BEFORE XX, 2021** | **Be part of this lawsuit. Await the outcome.** By returning your Consent Form, you become a participant in this lawsuit. Therefore, you gain the possibility of getting money or benefits that may come from a trial or a settlement. But, you give up any rights to sue BGV separately about the same legal claims at issue in this lawsuit. You will also be bound by any judgments or decisions in the case, and you agree to allow the named Plaintiff to make decisions on your behalf regarding the litigation. |

QUESTIONS? CALL CLASS COUNSEL AT (443) 935-0182 OR EMAIL AT PPELUSO@WOODROWPELUSO.COM

| | |
|---|---|
| **DO NOTHING** | You will not be part of this lawsuit. If you do nothing and do not return your Consent Form, you will not be a participant in this lawsuit and, if money or benefits are later obtained, you will not share in those. But, you keep any rights to sue BGV separately, if you do so in the applicable statute of limitations. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

## BASIC INFORMATION

### 1. Why was this Notice issued?

A federal court authorized this notice because you have a right to know about this lawsuit and about all of your options before the case is decided on the merits. This Notice explains the lawsuit and your legal rights.

Judge Christine M. Arguello of the U.S. District Court for the District of Colorado is overseeing this case (the "Lawsuit"). The Lawsuit is known as *McMahon v. Breckenridge Grand Vacations, LLC*, Case No. 1:20-cv-00754-CMA-STV. Arthur McMahon, the individual who sued, is called the named Plaintiff. The Defendant is Breckenridge Grand Vacations, LLC.

You have received this notice because BGV's records show that you currently work, or previously worked, for BGV as sales personnel. This notice explains that the Court has "conditionally certified" a collective action that may affect you. No decision has been made by the Court as to "final certification" of the collective action, meaning that the conditionally-certified collective action may be decertified at a later date by the Court. You have legal rights and options that you may exercise before the Court holds a trial or otherwise determines whether the claims being made against BGV succeed or fail.

### 2. What is a Collective Action?

Similar to a class action, one of more people sue on behalf of other people who have similar claims. However, unlike a class action in which you are automatically included, in a collective action you must file a written consent in order to be included in the lawsuit. The people who filed consent forms are called "Opt-In Plaintiffs".  In a collective action, the court resolves the issues for all Opt-In Plaintiffs.

### 3. Why is this lawsuit a Collective Action?

The Court has conditionally certified this lawsuit as a collective action, which means that this notice should be sent to all persons entitled to participate in this lawsuit. This Notice is only for the purpose of determining the identity of those persons who wish to be involved in this case.

## WHO'S INCLUDED IN THE LAWSUIT?

### 4. How do I know if I am eligible to participate in this Collective Action?

QUESTIONS? CALL CLASS COUNSEL AT (443) 935-0182 OR EMAIL AT PPELUSO@WOODROWPELUSO.COM

The Court in this case has conditionally certified a FLSA collective action with the following definition:

> All current and former sales personnel of Defendant working anywhere in the United States between three years prior to the date the Complaint was filed and the present.

## HOW TO GET BENEFITS

### 5. How do I get any benefits awarded?

There are currently no benefits available, monetary benefits or otherwise. However, if you opt-in you need not do anything else to receive any benefits that may be awarded in this case. You may, however, be asked to answer questions and produce documents. There is no guarantee that money or benefits ever will be obtained, but if they are you will be notified about how to ask for a share.

## YOUR RIGHTS AND OPTIONS

### 6. What do I have to do in order to participate in this lawsuit?

Enclosed, you will find the "Notice to Consent" ("Consent Form"). If you choose to join this lawsuit and participate in any recovery that may result form this lawsuit, it is extremely important that you read, sign, and return the Consent Form. The Consent Form is pre-addressed and postage paid for your convenience. Should the Consent Form be lost or misplaced, please contact Class Counsel immediately at (443) 935-0182 or ppeluso@woodrowpeluso.com.

The signed Consent Form must be postmarked by XX, 2021. If your Consent Form is not postmarked by that date, you will not participate in any recovery obtained against Defendant in this lawsuit.

### 7. What happens if I do nothing at all?

If you nothing at all, you will not be a participant in this lawsuit. If you choose not to participate in this lawsuit, you will not be affected by any judgment or settlement rendered in this case. You will not be entitled to share any amounts recovered. You will be free to file your own lawsuit, although you will have to hire and pay your own lawyer for that lawsuit and you will have to independently prove your claims. The pendency of this lawsuit will not stop the running of any statute of limitations as to any claims you may have.

## THE LAWYERS REPRESENTING YOU

### 8. Do I have a lawyer in the case?

If you choose to join this lawsuit, you will be represented by the law firm of Woodrow & Peluso, LLC in Denver, Colorado. This law firm is called "Class Counsel".

### 9. How will the lawyers be paid?

Class Counsel may seek, and the Court may award, an amount of reasonable attorney's fees to be paid from or in addition to any judgment awarded.

## GETTING MORE INFORMATION

**10. Where do I get more information?**

This Notice summarizes the Lawsuit. You request further information by emailing Class Counsel at ppeluso@woodrowpeluso.com, calling Class Counsel at (443) 935-0182, or mailing Class Counsel at Woodrow & Peluso, LLC, 3900 E. Mexico Avenue, Suite 300, Denver, CO 80210.  Before doing so, however, please read this full Notice carefully.

QUESTIONS? CALL CLASS COUNSEL AT (443) 935-0182 OR EMAIL AT PPELUSO@WOODROWPELUSO.COM