# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00754-STV

**ARTHUR MCMAHON**,

    Plaintiff,

v.

**BRECKENRIDGE GRAND VACATIONS, LLC,
d/b/a PEAK 8 PROPERTIES, LLC**
,
    Defendant.

---

**CONSENT TO BECOME A PARTY-PLAINTIFF**

---

I hereby consent to become a party-plaintiff in the above-captioned litigation pursuant to the Fair Labor Standards Act. I agree to be represented by the law firm of Woodrow & Peluso, LLC. I authorize the named Plaintiff to prosecute the above referenced matter in my name and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that by filing this consent I will be bound by the judgment of the Court in which all issues in this case are pursued.

Signature: _____      Name: _____

Date: _____      Address: _____

Phone: _____      _____

Email: _____      _____