# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00754-CMA-STV

**ARTHUR MCMAHON**,

    Plaintiff,

v.

**BRECKENRIDGE GRAND VACATIONS, LLC,
d/b/a PEAK 8 PROPERTIES, LLC a Colorado
limited liability company,**

    Defendant.

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiffs[1] and Defendant have reached a settlement in principle that will resolve all claims asserted in this matter, including those asserted by opt-in Plaintiffs who are subject to a motion to compel arbitration. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with the Court within sixty (60) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. The parties request that all active deadlines be stayed pending finalization of their settlement.

---

[1] Plaintiffs include named Plaintiff Arthur McMahon and opt-in Plaintiffs Scott Gardner, Debra L'Estrange, Amy Slaugh, David Magee, Michael Tavelli, Nick Cunningham, Ben Martinez, Gregg Soroosh, Jeff Meyer, Tom MacPhail, and Autumn Catale.

Respectfully submitted,

| | |
|---|---|
| *s/ Patrick H. Peluso* | *s/ Patrick J. Collopy* |
| Patrick H. Peluso<br>Taylor T. Smith<br>Stephen Klein<br>Woodrow & Peluso, LLC<br>3900 E. Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>(720) 213-0676 – phone<br>(303) 927-0809 - fax<br>ppeluso@woodrowpeluso.com<br>tsmith@woodrowpeluso.com<br>sklein@woodrowpeluso.com<br><br>*Counsel for Plaintiff and the Opt-In Plaintiffs* | Danielle S. Urban<br>Richard A. Millisor<br>Patrick J. Collopy<br>FISHER & PHILLIPS, LLP<br>1125 17th Street, Suite 2400<br>Denver, Colorado 80202<br>(303) 218-3650 – phone<br>(303) 218-3651 – fax<br>durban@fisherphillips.com<br>rmillisor@fisherphillips.com<br>pcollopy@fisherphillips.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patrick H. Peluso
Taylor T. Smith
Stephen Klein
Woodrow & Peluso, LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com
sklein@woodrowpeluso.com

*/s/ Patrick J. Collopy*
Patrick J. Collopy
For FISHER & PHILLIPS LLP