## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00754-CMA-STV

**ARTHUR MCMAHON**,

     Plaintiff,

v.

**BRECKENRIDGE GRAND VACATIONS, LLC,
d/b/a PEAK 8 PROPERTIES, LLC a Colorado
limited liability company,**

     Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs[1] and Defendant, by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(ii), hereby stipulate that the Class Action Complaint and Jury Demand filed on March 18, 2020, and the entire action, are dismissed with prejudice as to further action, and that the Parties are to bear their own costs, expenses, and attorneys' fees. Pursuant to agreements reached by the Parties, the United States District Court for the District of Colorado shall retain jurisdiction to enforce specified provisions of the Parties' agreements.

---

[1] Plaintiffs include named Plaintiff Arthur McMahon and opt-in Plaintiffs Scott Gardner, Debra L'Estrange, Amy Slaugh, David Magee, Michael Tavelli, Nick Cunningham, Ben Martinez, Gregg Soroosh, Jeff Meyer, Tom MacPhail, and Autumn Catale.

Respectfully submitted,

_s/ Patrick H. Peluso_ _____

Patrick H. Peluso
Taylor T. Smith
Stephen A. Klein
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 213-0676 – phone
(303) 927-0809 - fax
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com
sklein@woodrowpeluso.com

_Counsel for Plaintiff and the Opt-In Plaintiffs_

_s/ Patrick J. Collopy_ _____

Danielle S. Urban
Richard A. Millisor
Patrick J. Collopy
FISHER & PHILLIPS, LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
(303) 218-3650 – phone
(303) 218-3651 – fax
durban@fisherphillips.com
rmillisor@fisherphillips.com
pcollopy@fisherphillips.com

_Counsel for Defendant_

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Danielle S. Urban
> Richard A. Millisor
> Patrick J. Collopy
> FISHER & PHILLIPS, LLP
> 1125 17th Street, Suite 2400
> Denver, Colorado 80202
> (303) 218-3650 – phone
> (303) 218-3651 – fax
> durban@fisherphillips.com
> rmillisor@fisherphillips.com
> pcollopy@fisherphillips.com

/s/_____